# United States District Court
# District of Minnesota

Operating Engineers Local #49 Health and Welfare Fund, Central Pension Fund of the IUOE and Participating Employers, Local No. 49 IUOE and Associated General Contractors of Minnesota Apprenticeship and Training Program

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 00-2187JRT/SRN

Bauer Contracting, Inc. and Gerald G. Bauer

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiffs do have and recover of and from said defendant, Bauer Contracting, Inc. the sum of $8,966.93 and of Bauer Contracting, Inc. and Gerald G. Bauer, jointly and severally, the amount of $6,298.40 for a grand total of $15,265.33.

FRANCIS E. DOSAL, CLERK

DATED: February 1, 2001

By Denise LaFond

Denise LaFond, Deputy Clerk